United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA MEMORIAL HOSPITAL, et al.,                )   Case No. 08-5173 SC
                                                     )
                    Plaintiffs,                      )   ORDER
                                                     )
        v.                                           )
                                                     )
DAVID MAXWELL-JOLLY, Director of                     )
the California Department of Health                  )
Care Services,                                       )
                                                     )
                    Defendant.                       )
_____)

On June 2, 2009, the Ninth Circuit remanded Plaintiff's appeal of this Court's February 23, 2009 Order. See Docket Nos. 30, 45. Plaintiffs have until June 12, 2009, to submit a supplemental brief, not to exceed ten (10) pages, explaining whether the Ninth Circuit's April 6, 2009 Order, California Pharmacists Ass'n v. Maxwell-Jolly, 563 F.3d 847 (9th Cir. 2009), requires the Court to enjoin the Medi-Cal reimbursement rate cuts at issue in the present case. Defendant's opposition, not to exceed ten (10) pages will be due on June 17, 2009, and Plaintiff's Reply, not to exceed five (5) pages, will be due on June 19, 2009.

IT IS SO ORDERED.

Dated: June 4, 2009

_____
UNITED STATES DISTRICT JUDGE