UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA ROSA MEMORIAL HOSPITAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID MAXWELL-JOLLY, Director of the California Department of Health Care Services, <br><br> Defendant. | Case No. 08-5173 SC <br><br> ORDER |

On February 23, 2009, the Court stayed this case. Docket No. 30. On June 18, 2009, the United States Judicial Panel on Multidistrict Litigation notified the Court that, on July 30, 2009, there will be a hearing on the motion of Plaintiffs Santa Rosa Memorial Hospital, et al., for centralization of this case with others in the United States District Court for the Central District of California. The stay in this case remains in effect, and the Court will take no further action in this case, pending the panel's determination.

IT IS SO ORDERED.

Dated: June 26, 2009

_____
UNITED STATES DISTRICT JUDGE