EDMUND G. BROWN JR.
Attorney General of California
KARIN S. SCHWARTZ
Supervising Deputy Attorney General
MICHAEL A. ZWIBELMAN (State Bar No. 224783)
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 703-5841
 Fax: (415) 703-5840
 E-mail: Michael.Zwibelman@doj.ca.gov

*Attorneys for Defendant Maxwell-Jolly*

[Plaintiffs' counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA ROSA MEMORIAL HOSPITAL, ET AL.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>DAVID MAXWELL-JOLLY, Director of the California Department of Health Care Services,<br><br>　　　　　　　　　　　Defendant. | Case No. 3:08-cv-05173-SC<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Date:　　　　September 11, 2009<br>Time:　　　　10:00 a.m.<br>Courtroom:　1<br>Judge　　　　The Honorable Samuel Conti<br>Trial Date:　　None Set<br>Action Filed:　November 14, 2008 |

　　　　Pursuant to Rules 6-1(b) and 6-2 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California (Civil L.R.), the parties, through their respective counsel, stipulate and agree as follows:

### RECITALS

　　　　1.　A case management conference is currently scheduled for August 28, 2009 (Docket No. 55).

　　　　2.　To accommodate the professional and personal commitments of defendant's counsel, the parties agree that, with the court's permission, the August 28 case management conference shall be rescheduled for September 11, 2009, at 10:00 a.m.

1

3. The parties further agree that, with the court's permission, they shall submit a joint case management statement on or before September 8, 2009.

4. Pursuant to Civil L.R. 6-2(a), undersigned counsel for the defendant has filed a declaration in support of this stipulation. Plaintiffs' counsel does not object to the statements contained in the declaration.

## STIPULATION

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that, with the court's permission, the August 28, 2009 case management conference shall be rescheduled for September 11, 2009, at 10:00 a.m., and the parties shall submit a joint case management statement on or before September 8, 2009.

IT IS SO STIPULATED AND AGREED.

Dated:  August 24, 2009               Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California

KARIN S. SCHWARTZ
Supervising Deputy Attorney General

/s/ Michael A. Zwibelman
MICHAEL A. ZWIBELMAN
Deputy Attorney General

*Attorneys for Defendant Maxwell Jolly*

//
//
//
//
//
//
//
//

| | |
|---|---|
| 1 | PLAINTIFFS SANTA ROSA MEMORIAL HOSPITAL, ET AL. |
| 2 | |
| 3 | /s/ Michael S. Sorgen |
|   | MICHAEL S. SORGEN (Bar No. 43107) |
|   | Law Offices of Michael S. Sorgen |
| 4 | 240 Stockton Street, Ninth Floor |
|   | San Francisco, CA  94108 |
| 5 | Telephone:  (415) 956-1360 |
|   | Facsimile:  (415) 956-6342 |
| 6 | Email:  msorgen@sorgen.net |
| 7 | /s/ Dean L. Johnson |
|   | DEAN L. JOHNSON (Bar No. 104558) |
| 8 | Dean L. Johnson, Inc. |
|   | 6863 Tanzanite Dr. |
| 9 | Carlsbad, CA  92009 |
|   | Telephone:  (760) 603-0022 |
| 10 | Facsimile:  (866) 373-9348 |
|    | Email:  dj@gsbalum.uchicago.edu |

*Attorneys for Plaintiffs*

*Pursuant to paragraph X.B of General Order No. 45 of this court, the filer of this document attests that concurrence in the filing of this document was obtained from plaintiffs' counsel on August 21, 2009.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  August 24, 2009

_____
The Honorable Samuel Conti
UNITED STATES DISTRICT JUDGE

[SEAL: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

EDMUND G. BROWN JR.
Attorney General of California
KARIN S. SCHWARTZ
Supervising Deputy Attorney General
MICHAEL A. ZWIBELMAN (State Bar No. 224783)
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5841
 Fax:  (415) 703-5840
 E-mail:  Michael.Zwibelman@doj.ca.gov

*Attorneys for Defendant Maxwell-Jolly*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA ROSA MEMORIAL HOSPITAL, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID MAXWELL-JOLLY, Director of the California Department of Health Care Services,<br><br>Defendant. | Case No. 3:08-cv-05173-SC<br><br>**DECLARATION OF MICHAEL A. ZWIBELMAN IN SUPPORT OF PROPOSED ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Date:          September 11, 2009<br>Time:         10:00 a.m.<br>Courtroom:  1<br>Judge          The Honorable Samuel Conti<br>Trial Date:   None Set<br>Action Filed: November 14, 2008 |

I, MICHAEL A. ZWIBELMAN, declare as follows pursuant to 28 U.S.C. § 1746:

1.   I am an attorney licensed to practice law in the State of California and am employed as a Deputy Attorney General with the California Attorney General's Office, 455 Golden Gate Avenue, Suite 11000, San Francisco, California, 94102.  I currently serve as counsel for the defendant in the above-captioned action.  Except as otherwise specified, the facts stated in this declaration are based upon my own personal knowledge, and if called upon to testify I would competently do so as follows:

1

ZWIBELMAN DECL. ISO PROPOSED ORDER RESCHEDULING CMC  (NO. 08-CV-05173-SC)

2. Concurrent with the filing of this declaration, the parties have filed a stipulation and proposed order requesting that the court reschedule the August 28, 2009 case management conference to September 11, 2009.

3. I asked plaintiffs' counsel to consent to this request to accommodate the professional and personal commitments on my current calendar. Plaintiffs' counsel does not object to my request.

4. To date, there have been two time modifications in the case. First, the court, on its own motion, rescheduled a case management conference by one day, from February 19, 2009, to February 20, 2009. *See* Docket No. 6. Second, by agreement that did not require court approval, the parties extended defendant's time to respond to the complaint from December 29, 2008, to January 23, 2009. *See* Docket No. 10.

5. At this stage of the litigation, the parties' requested time modification will have little to no effect on the overall schedule of the case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on August 21, 2009.

                                        /s/ Michael A. Zwibelman
                                        MICHAEL A. ZWIBELMAN