| | |
|---|---|
| 1 | KAMALA D. HARRIS |
|   | Attorney General of California |
| 2 | CHERYL L. FEINER |
|   | Supervising Deputy Attorney General |
| 3 | GREGORY D. BROWN |
|   | Deputy Attorney General |
| 4 | State Bar No. 219209 |

 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5461
 Fax:  (415) 703-5480
 E-mail:  Gregory.Brown@doj.ca.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---

**SANTA ROSA MEMORIAL HOSPITAL, et al.,**

   Plaintiffs,

v.

**DAVID MAXWELL-JOLLY, Director of the California Department of Health Care Services,**

   Defendant.

Case No.:  CV 08-5173 SC

**STIPULATION AND [Proposed] ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE TO MAY 30, 2014**

Date:         May 2, 2014
Time:         10:00 a.m.
Dept:         Courtroom 1, 17th Floor
Judge:        The Honorable Samuel Conti
Trial Date:   None
Action Filed: 11/14/2008

1

All parties, through their respective counsel, hereby stipulate to continue the hearing on Plaintiffs' Motion to Dismiss Without Prejudice, which is currently calendared for hearing on May 2, 2014, to May 30, 2014 at 10:00 a.m. in Courtroom 1 of this Court.

Respectfully submitted,

Dated: April 3, 2014

KAMALA D. HARRIS
Attorney General of California
CHERYL L. FEINER
Supervising Deputy Attorney General

*/s/ Gregory D. Brown*

GREGORY D. BROWN
Deputy Attorney General
*Attorneys for Defendant*

Dated: April 3, 2014

*/s/ Dean L. Johnson*
Dean L. Johnson, Esq. (SBN 104558)
DEAN L. JOHNSON, INC.
147 Ridgeview Court
Camano Island, WA 98282
Telephone: (760) 603-0022
Facsimile: (866) 373-9348
Email: deanl.johnson@gmail.com

*/s/ Michael S. Sorgen*
Michael S. Sorgen, Esq. (SBN 43107)
LAW OFFICES OF MICHAEL S. SORGEN
1168 Miller Ave.
Berkeley, CA 94708
Telephone: (510) 919-3586
Facsimile: (888) 820-1082
Email: msorgen@sorgen.net

*Attorneys for Plaintiffs*

**ATTESTATION OF E-FILED SIGNATURES**

I, Gregory D. Brown, and the ECF user whose ID and password are being used to file this stipulation and proposed order. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Michael S. Sorgen and Dean L. Johnson.

Dated: April 3, 2014               */s/ Gregory D. Brown*

2

1  Good cause appearing, pursuant to the stipulation of the parties, it is hereby ordered that the
2  hearing on Plaintiffs' Motion to Dismiss Without Prejudice is continued to May 30, 2014 at 10:00
3  a.m. in Courtroom 1 of this Court.
4  IT IS SO ORDERED.
5  Dated: 04/07/2014

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signed by Judge Samuel Conti]*

SF2008402882
40933180.doc

3