Michael S. Sorgen (SBN 43107)
LAW OFFICES OF MICHAEL S. SORGEN
1168 Miller Ave.
Berkeley, CA 94708
Telephone: (510) 919-3586
Facsimile: (888) 820-1082
Email: msorgen@sorgen.net

Dean L. Johnson, Esq. (SBN 104558)
DEAN L. JOHNSON, INC.
147 Ridgeview Court
Camano Island, WA 98282
Telephone: (760) 603-0022
Facsimile: (866) 373-9348
Email: deanl.johnson@gmail.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SANTA ROSA MEMORIAL HOSPITAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TOBY DOUGLAS, Director of the California Department of Health Care Services, <br><br> Defendant. | Case No. 3:08-cv-5173 SC <br><br> **STIPULATION AND [Proposed] ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PENDING MOTIONS FOR SUMMARY JUDGMENT** <br><br> Judge: Honorable Samuel Conti <br> Date: September 19, 2014 <br> Time: 10:00 AM <br> Courtroom: 1, 17th Floor <br> Trial: None Set |

On August 4, 2014, the defendant filed a motion for summary judgment in this matter. On August 14, 2014, plaintiffs filed their opposition to defendant's motion for summary judgment, as well as a notice of motion and cross-motion for summary judgment. In connection with those motions, the parties agree to the following briefing and hearing schedule:

1. Defendant will file one consolidated response that will function as both the reply to Plaintiffs' opposition to Defendant's motion for summary judgment and as Defendant's opposition to Plaintiffs' motion for summary judgment. It shall be filed on or before August 28, 2014, and shall be no longer than 25 pages in length.

2. Plaintiffs' reply to Defendant's opposition to Plaintiffs' cross-motion for summary judgment shall be filed on or before September 4, 2014, and shall be no longer than 15 pages in length.

3. The hearing on all parties' motions for summary judgment shall take place on September 19, 2014, at 10:00 AM, as currently scheduled.

All parties, through their respective counsel, hereby stipulate to the above-described briefing and hearing schedule.

/s/ Dean L. Johnson
Dean L. Johnson, Esq. (SBN 104558)
DEAN L. JOHNSON, INC.
147 Ridgeview Court
Camano Island, WA 98282
Telephone: (760) 603-0022
Facsimile: (866) 373-9348
Email: deanl.johnson@gmail.com

/s/ Michael S. Sorgen
Michael S. Sorgen, Esq. (SBN 43107)
LAW OFFICES OF MICHAEL S. SORGEN
1168 Miller Ave.
Berkeley, CA 94708
Telephone: (510) 919-3586
Facsimile: (888) 820-1082
Email: msorgen@sorgen.net
*Attorneys for Plaintiffs*

STIPULATION AND [Proposed] ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PENDING MOTIONS FOR SUMMARY JUDGMENT
CASE NO. 3:08-cv-5173 SC

| | |
|---|---|
| 1 | KAMALA D. HARRIS |
| | Attorney General of California |
| 2 | SUSAN M. CARSON |
| | Supervising Deputy Attorney General |
| 3 | |
| 4 | /s/ Nimrod P. Elias |
| | Nimrod P. Elias |
| 5 | Deputy Attorney General |
| | 455 Golden Gate Avenue, Suite 11000 |
| 6 | San Francisco, CA 94102-7004 |
| | Telephone: (415) 703-5461 |
| 7 | Fax: (415) 703-5480 |
| | E-mail: nimrod.elias@doj.ca.gov |
| 8 | *Attorneys for Defendants* |

### ATTESTATION OF E-FILED SIGNATURES

I, Nimrod P. Elias, am the ECF user whose ID and password are being used to file this stipulation and proposed order.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Dean L. Johnson and Michael Sorgen.

Dated: August 19, 2014                                   /s/ Nimrod P. Elias

Good cause appearing, pursuant to the stipulation of the parties, it is hereby ordered that the parties hereto shall abide by the briefing and hearing schedule set forth above for the parties' respective motions for summary judgment.

**IT IS SO ORDERED**.

Dated:  08/20/2014                                   _____
                                                                    Hon. Judge Samuel Conti

STIPULATION AND [Proposed] ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PENDING
MOTIONS FOR SUMMARY JUDGMENT
CASE NO. 3:08-cv-5173 SC