IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA MEMORIAL HOSPITAL, et al.,

   Plaintiffs,

 v.

JENNIFER KENT, Director of the California Department of Health Care Services,

   Defendant.

Case No. CV 08-5173 SC

ORDER RE: REQUEST FOR SUPPLEMENTAL BRIEFING

   Pursuant to the Court's order, ECF No. 141, lifting the stay and requesting supplemental briefing, Plaintiffs submitted a brief, ECF No. 143, arguing that the Court should dismiss its claims without prejudice for lack of subject-matter jurisdiction based on the Supreme Court's decision in Armstrong v. Exceptional Child Center, 135 S. Ct. 1378 (2015).  Yesterday, one day before Defendant was due to respond to Plaintiffs' supplemental brief, the Ninth Circuit, on remand from the Supreme Court, remanded Armstrong to the district court with direction to "dismiss the Complaint for failure to establish a claim over which we have subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1)."

United States District Court
For the Northern District of California

<u>Exceptional Child Ctr. v. Armstrong</u>, No. 12-35382 (9th Cir. May 14, 2015) Dkt. No. 48.

 To ensure Defendant is aware of this order and has an opportunity to address it, the Court hereby VACATES the portions of its prior order, ECF No. 141, requiring Defendant to respond by May 15, 2015, and instead ORDERS as follows:

- No later than May 22, 2015, Defendant shall file a response to Plaintiffs' brief, ECF No. 143, of no more than ten (10) pages, addressed to the issues contained in the opening brief, additional issues the Attorney General wishes to raise, any new factual issues, and the Ninth Circuit's order in <u>Armstrong</u>.
- No later than May 29, 2015, Plaintiffs may file a reply brief of no more than five (5) pages confined to the issues discussed in the opening and response briefs and the recent order in <u>Armstrong</u>.

Unless otherwise ordered by the Court, no hearing will be held and the matters will be taken under submission on the papers. <u>See</u> Civ. L.R. 7-1(b).

 IT IS SO ORDERED.

Dated: May 15, 2015

_____
UNITED STATES DISTRICT JUDGE

2